# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 19-70544 |
| DENNIS A. SHUNK and | ) |
| JUDITH A. SHUNK | ) CHAPTER NO. 13 |
| Debtors | ) |
| | ) |
| | ) ADVERSARY CASE NO. 20-07002 |
| DENNIS A. SHUNK and | ) |
| JUDITH A. SHUNK | ) |
| | ) Related to Document No. 12 |
| Plaintiffs | ) |
| | ) |
| | ) |
| WILMINGTON SAVINGS FUND SOCIETY FSB | ) |
| DBA CHRISTINA TRUST, NOT IN ITS | ) |
| INDIVIDUAL CAPACITY, BUT SOLEY IN ITS | ) |
| CAPACITY AS OWNER TRUSTEE FOR WF 19 | ) |
| GRANTOR TRUST C/O SPECIALIZED | ) |
| LOAN SERVICING, LLC | ) |
| Defendant | ) |
| And | ) |
| | ) |
| RONDA J. WINNECOUR, ESQ. | ) |
| CHAPTER 13 TRUSTEE | ) |
| | ) |
| Additional Defendant | ) |

## STIPULATED ORDER RESOLVING AMENDED COMPLAINT SECURED STATUS

Now this ___4th___ day of ___May___, 2020. Upon the Adversary filed in the above matter and upon statements of counsel, the parties agree as follows:

1. Plaintiffs filed their Amended Complaint to Determine Secured Status on January 30, 2020;

2. Defendant, Wilmington Savings Fund Society FSB DBA Christina Trust, Not In Its Individual Capacity, but Solely in its Capacity as Owner Trustee for WF 19 Grantor trust c/o Specialized Loan Servicing as Servicer filed a secured proof of claim in the lead bankruptcy case no. 19-70544 at Clam No. 2 in the amount of $3,946.72;

3. In order to resolve the pending adversary complaint, the Defendant's proof of claim in the amount of $3,946.72 shall hereby be reclassified as an unsecured claim to be paid pursuant to the completed Chapter 13 plan dated September 10, 2019 and any subsequent plan filed and confirmed;

4. The Defendant shall not be required to release its mortgage lien until the Plaintiffs have completed their Chapter 13 plan and received a discharge at case no. 19-70544;

5. This Stipulation hereby resolves any and all claims against the Defendant by the Plaintiff as of the date of this Stipulation;

6. The Adversary shall hereby be marked settled and closed.

_____
Honorable Jeffery A. Deller  sjk
United States Bankruptcy Judge

| | |
|---|---|
| /s/ *Keri P. Ebeck* | /s/Richard G. Allen |
| Attorney for Defendant | Attorney for the Plaintiff |
| Keri P. Ebeck, PA ID No. 91298 | Richard G. Allen, Esquire- PA ID No. 304865 |
| Bernstein-Burkley P.C. | Law Offices of Richard G. Allen |
| 707 Grant Street, Suite 2200 | P.O. Box 434 |
| Gulf Tower | 43 West Market Street |
| Pittsburgh, PA 15219 | Blairsville, PA 15901 |
| kebeck@bernsteinlaw.com | richarda@johnstownbankruptcy.com |
| (412) 456-8112 | 814-240-1013 |

FILED
5/4/20 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                      United States Bankruptcy Court
                      Western District of Pennsylvania
```

Shunk,
     Plaintiff                                                   Adv. Proc. No. 20-07002-JAD

Wilmington Savings Fund Society FSB, DBA,
     Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: dkam                  Page 1 of 1                  Date Rcvd: May 04, 2020
                              Form ID: pdf900             Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
```
pla            +Dennis A. Shunk,    605 N. 8th Street,    Bellwood, PA 16617-1517
pla            +Judith A. Shunk,    605 N. 8th Street,    Bellwood, PA 16617-1517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 05 2020 02:40:40
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 05 2020 02:40:40       United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 05 2020 02:40:40       United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             Wilmington Savings Fund Society FSB, DBA Christian
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
```
              Keri P. Ebeck    on behalf of Defendant    Wilmington Savings Fund Society FSB, DBA Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust   C/O Specialized Loan Servicing LLC kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Richard G. Allen    on behalf of Plaintiff Dennis A. Shunk ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Plaintiff Judith A. Shunk ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
                                                                                              TOTAL: 3
```